UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER ANNE LANE,

    Plaintiff,

v.                                      Case No: 6:17-cv-2074-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal from a final decision of the Commissioner of Social Security's denial of her application for disability insurance benefits (Doc. 1) filed on December 4, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 29, 2018 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against the Claimant, and to **close** the file.

**DONE AND ORDERED** in Orlando, Florida on December 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties